**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

### Southern District of New York

Case number (*If known*): _____

Chapter you are filing under:
- ☐ Chapter 7
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Hometown Restoration, LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   45-4004375

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 46 Lafayette Avenue | |
| Number      Street | Number      Street |
| | P.O. Box |
| New Rochelle      NY     10801 | |
| City                    State     ZIP Code | City                    State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Westchester County | |
| County | Number      Street |
| | City                    State     ZIP Code |

5. **Debtor's website** (URL)    http://hometownrestorationny.com/

6. **Type of debtor**
   - ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding  LLP)
   - ☐ Other. Specify: _____

Debtor   Hometown Restoration, LLC
      Name

Case number *(if known)*_____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply:*

    ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes.  District _____  When _____  Case number _____
                              MM / DD / YYYY

         District _____  When _____  Case number _____
                              MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                              MM / DD / YYYY

       Case number, if known _____

| Debtor | Hometown Restoration, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ☑ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

  What is the hazard? _____

- ☐ It needs to be physically secured or protected from the weather.

- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

- ☐ Other _____

**Where is the property?** _____
                          Number          Street

_____

_____
City                               State      ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____

  Contact name _____

  Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ☑ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

- ☑ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated assets**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

| Debtor | Hometown Restoration, LLC | Case number *(if known)* |
|--------|---------------------------|--------------------------|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/15/2021
            MM  / DD / YYYY

✗ /s/ Nat Wasserstein
Signature of authorized representative of debtor

Nat Wasserstein
Printed name

Title Chief Restructuring Officer

**18. Signature of attorney**

✗ /s/ Dawn Kirby
Signature of attorney for debtor

Date  04/15/2021
      MM  / DD / YYYY

Dawn Kirby
Printed name

Kirby Aisner & Curley LLP
Firm name

700 Post Road Suite 237
Number        Street

Scarsdale                         NY        10583
City                              State     ZIP Code

(914) 401-9500                    dkirby@kacllp.com
Contact phone                     Email address

2733004                           NY
Bar number                        State

| Fill in this information to identify the case: |
| --- |

Debtor name _____Hometown Restoration, LLC_____

United States Bankruptcy Court for the: _____Southern District of New York_____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* .................................................    $ _____0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................    $ _____1,470,022.56

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* .................................................    $ _____1,470,022.56

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ...............................    $ _____4,461.45

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................    $ _____0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* .................................    +$ _____2,303,811.23

4. **Total liabilities**...........................................................................................................    $ _____2,308,272.68
    Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name  Hometown Restoration, LLC
_____

United States Bankruptcy Court for the: Southern District of New York

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Victor Zucchi & Son, Inc.<br>Ed Zucchi<br>129 East Main<br>Bogota, NJ, 07603 | | Subcontractor | Unliquidated | | | 762,709.76 |
| 2 | B&G General Construction Inc.<br>Alan Moreno<br>75 Wayne Avenue<br>Suffern, NY, 10901 | | Subcontractor | Unliquidated | | | 440,140.00 |
| 3 | Mountainview Condos<br>19 Sierra Vista Lane<br>Valley Cottage, NY, 10989 | | Project Owner | Contingent | | | 400,000.00 |
| 4 | Window & Door Outlet LLC<br>Alex Wollman<br>60 S. Main Street #9<br>New City, NY, 10956 | | Subcontractor | Unliquidated | | | 207,080.00 |
| 5 | American Express 31002 Plum<br>PO Box 1270<br><br>Newark, NJ, 10803 | | Credit Card Debt | Unliquidated | | | 95,152.75 |
| 6 | Rockland Fire Protection<br>53 East Main St<br><br>Stony Point, Ny, 10980 | | Alleged commission | Unliquidated | | | 94,500.00 |
| 7 | All County Electric & Intergrated Sys Inc<br>219 Wolfs Lane<br><br>Pelham, NY, 10803 | | Subcontractor | Unliquidated | | | 70,520.57 |
| 8 | Cardmember Service<br>PO Box 1423<br><br>Charlotte, NC, 28201 | | Credit Card Debt | Unliquidated | | | 64,865.71 |

Debtor      Hometown Restoration, LLC
            Name

Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 PSAL Realty Corp<br>43 Beechwood Avenue<br><br>New Rochelle, NY, 10801 | | Rent | | | | 47,907.76 |
| 10 Andrew Fethes Architects, PA<br>Andrew Fethes<br>613 Oradell Avenue<br>Oradell, NJ, 07446 | | Professional Fees | Unliquidated | | | 36,029.75 |
| 11 ESA- Architects<br>Michael Elkin<br>19 Park Avenue<br>Rutherford, NJ, 07070 | | Professional Fees | Unliquidated | | | 19,635.00 |
| 12 American Express 63007<br>PO Box 1270<br><br>Newark, NJ, 10803 | | Credit Card Debt | Unliquidated | | | 18,681.92 |
| 13 Craig McGlinchey Plumbing & Heating LLC<br>PO Box 759<br><br>Harrison, NY, 10528 | | Subcontractor | Unliquidated | | | 11,987.50 |
| 14 Hartmann Doherty Rosa Berman & Bulbulia<br>433 Hackensack Ave Suite 1002<br>attn: Matthew Reynolds, Esq.<br>Hackensack, NJ, 07601 | | Professional Fees | Unliquidated | | | 9,940.00 |
| 15 Air Freeze Corp<br>PO Box 612<br><br>Stony Point, NY, 10980 | | Services | Unliquidated | | | 7,001.00 |
| 16 Closet Factory<br>100 Wooster Street<br><br>Bethel, CT, 06801 | | Services | Contingent | | | 4,174.50 |
| 17 Energy Evolution Inc<br>PO Box 179<br><br>Pomona, NY, 10970 | | Services | Unliquidated | | | 3,760.70 |
| 18 UHS Premium Billing<br>PO Box 94017<br><br>Palatine, IL, 60094 | | Services | Unliquidated | | | 2,094.08 |
| 19 Professional Fuel Oil Corp<br>269 Union Ave<br><br>New Rochelle, NY, 10801 | | Services | Unliquidated | | | 1,931.68 |
| 20 New York State Insurance Fund<br>Workers' Compensation<br>PO Box 5238<br>New York, NY, 10008 | | Insurance | Unliquidated | | | 1,292.58 |

**Fill in this information to identify the case:**

Debtor name ___Hometown Restoration, LLC_____

United States Bankruptcy Court for the: __Southern District of New York_____

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Chase Bank | Checking | 5  7  9  0 | $ 0.00 |
| 3.2. | See continuation sheet | | | $ 118,833.73 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | _____ | $_____ |
| 4.2. | _____ | $_____ |

5. **Total of Part 1** — $ 118,833.73

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | Potential Security Deposit with Office Landlord P.S.L.A. Realty Corp | $ 14,200.00 |
| 7.2. | See continuation sheet | $ 1,125.00 |

Debtor    Hometown Restoration, LLC    Case number *(if known)*_____
_____
Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____    $_____

8.2._____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    | $ 15,325.00 |

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 0.00 | – | 0.00 | = ........→ | $ 0.00 |
| 11b. Over 90 days old: | 1,173,564.19 | – | 0.00 | = ........→ | $ 1,173,564.19 |

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 1,173,564.19 |

## Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____    _____    $_____

14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                    % of ownership:

15.1._____    _____%    _____    $_____

15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____    _____    $_____

16.2._____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    | $_____ |

Official Form 206A/B    **Schedule A/B: Assets — Real and Personal Property**    page 2

| Debtor | Hometown Restoration, LLC | | Case number (if known) _____ |
| --- | --- | --- | --- |
| | Name | | |

<table>
<tr><td colspan="2"><strong>Part 5:</strong></td><td colspan="4"><strong>Inventory, excluding agriculture assets</strong></td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| **19. Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** Miscellaneous tools & supplies | 03/05/2021 MM / DD / YYYY | $_____ | _____ | Unknown $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

**24. Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

<table>
<tr><td colspan="2"><strong>Part 6:</strong></td><td colspan="4"><strong>Farming and fishing-related assets (other than titled motor vehicles and land)</strong></td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **28. Crops—either planted or harvested** _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | _____ | $_____ |

Debtor ____Hometown Restoration, LLC_____     Case number (if known)_____
           Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                          $_____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No

        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.

    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>7 Desks, 1 Conference Table, 1 Couch, 14 Chairs, 1 Standing desk, 2 water coolers, 2 drafting tables and Miscellaneous Office Supplies | $_____ | _____ | $ 1,000.00 |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>3 Computers, server | $_____ | _____ | $ 1,200.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | · _____ | · $_____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                          $ 2,200.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor _____   Case number (*if known*)_____
      Hometown Restoration, LLC
      Name

---

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 2014 Toyota Tundra | $_____ | _____ | $ 29,050.00 |
| 47.2 2015 Ram 1500 | $_____ | _____ | $ 14,975.00 |
| 47.3 2008 Chevrolet C4E Utility Truck | $_____ | _____ | $ 30,000.00 |
| 47.4 See continuation sheet | $ 0.00 | _____ | $ 32,275.00 |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
See Attached for Inventory List

| | | | |
|---|---|---|---|
| | $_____ | _____ | $ Unknown |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 106,300.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor   Hometown Restoration, LLC
_____    Case number (if known)_____
         Name

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property  Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Non-residential Real Property Lease for Debtor's Office and equipment storage  5 year terminating on 5/31/2021 | | $_____ | _____ | 0.00  $_____ |
| 55.2 | | $_____ | _____ | $_____ |
| 55.3 | | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest  (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**  http://hometownrestorationny.com/ | $_____ | _____ | 0.00  $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill**  Goodwill | $_____ | _____ | Unknown  $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ – _____ = ➜  $_____
                            Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____  $_____
_____   Tax year _____  $_____
_____   Tax year _____  $_____

73. **Interests in insurance policies or annuities**

_____                        $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____                        $_____

**Nature of claim**      _____

**Amount requested**     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Check dated 1/27/2021 from Insurance Company Payable to Debtor    $ 53,799.64

**Nature of claim**      Accounts Receivable

**Amount requested**     $ 53,799.64

76. **Trusts, equitable or future interests in property**

_____                        $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____                        $_____
_____                        $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.          $ 53,799.64

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor _____
       Hometown Restoration, LLC
       Name                                      Case number *(if known)*_____

---

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 118,833.73 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 15,325.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 1,173,564.19 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 2,200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 106,300.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 53,799.64 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 1,470,022.56 | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................  1,470,022.56                $ 1,470,022.56

| Debtor 1 | Hometown Restoration, LLC | | | Case number *(if known)*_____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Continuation Sheet for Official Form 206 A/B

**3) Checking, savings, money market, or financial brokerage accounts**

| Chase Bank | Checking | 8865 |
|---|---|---|
| Balance: 0.00 | | |

| Chase Bank | Checking | 3599 |
|---|---|---|
| Balance: 0.00 | | |

**Kirby Aisner & Curley**
**LLP escrow Account**          Checking

Balance: 118,833.73

**7) Deposits, including security deposits and utility deposits**

| Verizon Wireless | $800.00 |
|---|---|
| Consolidate Edison | $325.00 |

**47) Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 2012 Nissan V23 | 12,900.00 |
|---|---|
| 2007 Honda Ridgeline Pickup Truck | 4,375.00 |
| 2011 Freightliner Van | 15,000.00 |

**Fill in this information to identify the case:**

Debtor name: Hometown Restoration, LLC

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
**12/15**

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Chase  Bank, NA | Describe debtor's property that is subject to a lien<br>All Inventory, Chattel Paper, Accounts, Equipment & General Intangibles - Debtor believes creditor is paid in full | $ 0.00 | $ 0.00 |

Creditor's mailing address
35 Fifth Avenue
Pelham, NY 10803

Describe the lien
UCC-1

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor,

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** Creditor's name<br>TD Auto Finance | Describe debtor's property that is subject to a lien<br>2015 Ram 1500 | $4,461.45 | $14,975.00 |

Creditor's mailing address
PO Box 9223
Farmington, MI 48333

Describe the lien
Vehicle Financing

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred
Last 4 digits of account number    1281

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines _____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 4,461.45

| Debtor | Hometown Restoration, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |
| | Line 2. __ | _____ |

**Fill in this information to identify the case:**

Debtor    Hometown Restoration, LLC

United States Bankruptcy Court for the:   Southern District of New York

Case number
(If known)   _____

☐ Check if this is an
   amended filing

<u>Official Form 206E/F</u>

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

**2.3**   Priority creditor's name and mailing address

As of the petition filing date, the claim is:   $_____    $_____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

**Basis for the claim:**

Last 4 digits of account
number   _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

Debtor _____Hometown Restoration, LLC_____    Case number _(if known)_____
                Name

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
    unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Air Freeze Corp<br>PO Box 612<br><br>Stony Point, NY, 10980 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Services | $ 7,001.00 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>All County Electric & Intergrated Sys Inc<br>219 Wolfs Lane<br><br>Pelham, NY, 10803 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Subcontractor | $ 70,520.57 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>American Express 31002 Plum<br>PO Box 1270<br><br>Newark, NJ, 10803 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Credit Card Debt | $ 95,152.75 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>American Express 63007<br>PO Box 1270<br><br>Newark, NJ, 10803 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Credit Card Debt | $ 18,681.92 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Andrew Fethes Architects, PA<br>Andrew Fethes<br>613 Oradell Avenue<br>Oradell, NJ, 07446 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Professional Fees | $ 36,029.75 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>AVP Business Products, Inc<br>2717 Route 22<br><br>Patterson, NY, 12563 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:**  Services | $ 102.96 |
|---|---|---|---|
|  | **Date or dates debt was incurred** _____<br>**Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** Nonpriority creditor's name and mailing address

B&G General Construction Inc.
Alan Moreno
75 Wayne Avenue
Suffern, NY, 10901

As of the petition filing date, the claim is: **$ 440,140.00**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Subcontractor

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.8** Nonpriority creditor's name and mailing address

Brian Weidel
174 W Washington Ave
Pearl River, NY, 10965

As of the petition filing date, the claim is: **$ 0.00**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Homeowner

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.9** Nonpriority creditor's name and mailing address

Cardmember Service
PO Box 1423

Charlotte, NC, 28201

As of the petition filing date, the claim is: **$ 64,865.71**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.10** Nonpriority creditor's name and mailing address

Citi Cards   2283
PO Box 9001016

Louisville, KY, 40290

As of the petition filing date, the claim is: **$ 1,119.73**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Credit Card Debt

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

---

**3.11** Nonpriority creditor's name and mailing address

Closet Factory
100 Wooster Street

Bethel, CT, 06801

As of the petition filing date, the claim is: **$ 4,174.50**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor ___Hometown Restoration, LLC_____  Case number (if known)_____
         Name

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.12**  **Nonpriority creditor's name and mailing address**

Con Edison 0571-0106-9
JAF Station
P.O. Box 1702
New York, NY, 10528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Utility Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 483.48

---

**3.13**  **Nonpriority creditor's name and mailing address**

Craig McGlinchey Plumbing & Heating LLC
PO Box 759

Harrison, NY, 10528

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 11,987.50

---

**3.14**  **Nonpriority creditor's name and mailing address**

Energy Evolution Inc
PO Box 179

Pomona, NY, 10970

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 3,760.70

---

**3.15**  **Nonpriority creditor's name and mailing address**

ESA- Architects
Michael Elkin
19 Park Avenue
Rutherford, NJ, 07070

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 19,635.00

---

**3.16**  **Nonpriority creditor's name and mailing address**

Fire Ground Technologies LLC
c/o Lawrence Cohen
17 Bayard Lane S
Suffern, NY, 10901

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:** Pending Lawsuit

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

$ 0.00

---

Debtor     Hometown Restoration, LLC
           Name                                                    Case number (if known)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Fred Jochim
3 Berachach Avenue
Nyack, NY, 10960

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.18** Nonpriority creditor's name and mailing address

Hartmann Doherty Rosa Berman & Bulbulia
433 Hackensack Ave Suite 1002
attn: Matthew Reynolds, Esq.
Hackensack, NJ, 07601

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Fees

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 9,940.00

---

**3.19** Nonpriority creditor's name and mailing address

J. Suspes Carpentry, LLC
43 S Woodside Ave Fl 1

Bergenfield, NJ, 07621

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 600.00

---

**3.20** Nonpriority creditor's name and mailing address

Jean & Nestor Serrano
3 Glynn Oval
Blauvelt, NY, 10913

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

**3.21** Nonpriority creditor's name and mailing address

John & Nellie Donnelly
337 Holt Drive
Pearl River, NY, 10965

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

$ 0.00

---

Debtor ___Hometown Restoration, LLC_____   Case number (if known)_____
      Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.22** **Nonpriority creditor's name and mailing address**

John & Yvonne Blanco
c/o Helen Gavaris, Esq., Loeb & Loeb LLP
345 Park Avenue
New York, NY, 10154

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.23** **Nonpriority creditor's name and mailing address**

JPMorgan Chase Bank NA
Attn: Nicholas Poirier
925 Westchester Avenue 3rd Flr
White Plains, NY, 10604

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Potential liability for reverse of a deposited check(s)

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.24** **Nonpriority creditor's name and mailing address**

Lisa Dane
3 Chippewa Court
Suffern, NY, 10901

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.25** **Nonpriority creditor's name and mailing address**

Lisa Elvin
125 Allentown Road
Parsippany, NJ, 07054

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.26** **Nonpriority creditor's name and mailing address**

Lovell Safety Management Co. LLC
Attn: Accounting Department
110 William Street 12th Floor
New York, NY, 10038

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 581.80

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor __Hometown Restoration, LLC_____    Case number _(if known)_____
      Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** **Nonpriority creditor's name and mailing address**

Mauricio Letronico
125 Cottage Ave
Mount Vernon, NY, 10550

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.28** **Nonpriority creditor's name and mailing address**

Michael Ardizzone
26 School Street
Ramsey, NJ, 07446

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.29** **Nonpriority creditor's name and mailing address**

Mitchell Martinez and Shana Lory
166 Cedar Hill Avenue
Nyack, NY, 10960

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

$ 0.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.30** **Nonpriority creditor's name and mailing address**

Mountainview Condos
19 Sierra Vista Lane
Valley Cottage, NY, 10989

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Project Owner

$ 400,000.00

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

**3.31** **Nonpriority creditor's name and mailing address**

New York State Insurance Fund
Workers' Compensation
PO Box 5238
New York, NY, 10008

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

$ 1,292.58

**Is the claim subject to offset?**
☑ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number _____

Debtor    Hometown Restoration, LLC
              Name

21-22213-rdd    Doc 1    Filed 04/15/21    Entered 04/15/21 15:34:38    Main Document
                                    Pg 26 of 61    Case number (if known)_____

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Professional Fuel Oil Corp
269 Union Ave

New Rochelle, NY, 10801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Services

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 1,931.68

---

**3.33** Nonpriority creditor's name and mailing address

PSAL Realty Corp
43 Beechwood Avenue

New Rochelle, NY, 10801

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Rent

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 47,907.76

---

**3.34** Nonpriority creditor's name and mailing address

Ralph and Rubin Caparelli
c/o Michael Annuziata
35 E. Grassy Sprain Road, Ste 500
Yonkers, NY, 10710

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ Unknown

---

**3.35** Nonpriority creditor's name and mailing address

Rebecca Pitts
5 Chippewa Court
Suffern, NY, 10901

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Homeowner

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 0.00

---

**3.36** Nonpriority creditor's name and mailing address

Rockland Fire Protection
53 East Main St

Stony Point, Ny, 10980

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: Alleged commission

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

$ 94,500.00

---

**Part 2:**    **Additional Page**

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.** **37**    **Nonpriority creditor's name and mailing address**

Sherika Springer
139 W. Kingsbridge Road
Mount Vernon, NY, 10550

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Homeowner

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 0.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **38**    **Nonpriority creditor's name and mailing address**

Tous 515, Inc
3-12 148th Street

Whitestone, NY, 11357

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,233.38

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **39**    **Nonpriority creditor's name and mailing address**

UHS Premium Billing
PO Box 94017

Palatine, IL, 60094

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 2,094.08

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **40**    **Nonpriority creditor's name and mailing address**

Verizon Wireless  5485-00001
PO Box 408

Newark, NJ, 07101

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Services

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 284.62

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** **41**    **Nonpriority creditor's name and mailing address**

Victor Zucchi & Son, Inc.
Ed Zucchi
129 East Main
Bogota, NJ, 07603

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 762,709.76

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor  Hometown Restoration, LLC

Name

Case number (if known) _____

| | |
|---|---|
| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.42  **Nonpriority creditor's name and mailing address**

Window & Door Outlet LLC
Alex Wollman
60 S. Main Street #9
New City, NY, 10956

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Subcontractor

$ 207,080.00

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

3.____  **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  _____

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor ___Hometown Restoration, LLC_____    Case number (if known)_____
         Name

| Part 3: | List Others to Be Notified About Unsecured Claims |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Barbara Hawkesworth, Esq.<br>Summit Financial<br>4 Campus Drive<br>Parsippany, NJ, 07054 | Line 3.28<br>☐ Not listed. Explain: | _____ |
| 4.2. | Christopher Tramaglini, Esq.<br>Grossbach Grossbach Tramaglini & Hayes PC<br>6 International Drive, Suite 130<br>Port Chester, NY, 10573 | Line 3.42<br>☐ Not listed. Explain | _____ |
| 4.3. | Deborah Loewenberg, Esq.<br>Gribetz & Loewenberg, PLLC<br>155 N Main Street<br>New City, NY, 10956 | Line 3.7<br>☐ Not listed. Explain | _____ |
| 4.4. | Joseph V. Meyers, Esq.<br>249 Madison Avenue<br>River Edge, NJ, 07661 | Line 3.16<br>☐ Not listed. Explain | _____ |
| 41. | Sean R. Stowell, Esq.<br>Seller Richardson PC<br>293 Eisenhower Parkway, Suite 350<br>Livingston, NJ, 07039 | Line 3.25<br>☐ Not listed. Explain | _____ |
| 4.5. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.6. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.7. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.8. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.9. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.10. | | Line ____<br>☐ Not listed. Explain | _____ |
| 4.11. | | Line ____<br>☐ Not listed. Explain | _____ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $ 0.00 |
| 5b. **Total claims from Part 2** | 5b. | + | $ 2,303,811.23 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 2,303,811.23 |

| Fill in this information to identify the case: |
| --- |

Debtor name ___Hometown Restoration, LLC___

United States Bankruptcy Court for the: ___Southern District of New York___

Case number (If known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Non-residential real property lease | P.S.A.L. Realty Corp.<br>43 Beechwood Avenue<br>New Rochelle, NY, 10801 |
| | State the term remaining | May 31, 2021 | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated August 4, 2020 | John & Yvonne Blanco<br>1337 Roosevelt Avenue<br>Pelham, NY, 10803 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated November 10, 2019 | Lisa Dane<br>3 Chippewa Court<br>Suffern, NY, 10901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated March 30, 2020 | John & Nellie Donnelly<br>337 Holt Drive<br>Pearl River, NY, 10965 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated December 22, 2019 | Lisa Elvin<br>125 Allentown Road<br>Parsippany, NJ, 07054 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hometown Restoration, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement | Fred Jochim<br>3 Berachach Avenue<br>South Nyack, NY, 10960 |
| | State the term remaining | | |
| | List the contract number o any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated April 1, 2020 | Mauricio Latronico<br>125 Cottage Ave<br>Mount Vernon, NY, 10550 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated November 18, 2019 | Brian Madden<br>4 Oriole Lane<br>Cortlandt Manor, NY, 10567 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated April 24, 2019 | Mitchell Martinez and Shana Lory<br>166 Cedar Hill Avenue<br>Nyack, NY, 10960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated May 14, 2019 | Moutainview East II<br>c/o Robert S. Knoebel Jr. PLLC<br>135 Main Street, Ste 201<br>Nyack, NY, 10960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated November 11, 2019 | Rebecca Pitts<br>5 Chippewa Court<br>Suffern, NY, 10901 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Construction Agreement dated February 20, 2019 | Nestor & Jean Serrano<br>3 Glynn Oval<br>Blauvelt, NY, 10913 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____Hometown Restoration, LLC_____    Case number (*if known*)_____
          Name

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.13** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number o any government contract | Construction Agreement dated December 31, 2019 | Sherika Springer<br>139 W. Kingsbridge Road<br>Mount Vernon, NY, 10550 |
| **2.14** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Construction Agreement dated April 18, 2019 | Brian Weidel<br>174 W. Washington Avenue<br>Pearl River, NY, 10965 |
| **2.15** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Construction Agreement dated March 7, 2019 | Michael Ardizzone<br>26 School Street<br>Ramsey, NJ, 07446 |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |
| **2.___** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |
| Debtor name   Hometown Restoration, LLC |
| United States Bankruptcy Court for the:   Southern District of New York |
| Case number (If known):   _____ |

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors                                                  12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G._** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name _____Hometown Restoration, LLC_____

United States Bankruptcy Court for the: Southern District of New York

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:      Income

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From 01/01/2021<br>MM / DD / YYYY | to    Filing date | ☑ Operating a business<br>☐ Other | $ 49,202.00 |
   | **For prior year:** | From 01/01/2020<br>MM / DD / YYYY | to 12/31/2020<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,762,537.00 |
   | **For the year before that:** | From 01/01/2019<br>MM / DD / YYYY | to 12/31/2019<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 3,534,568.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

   | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|---|---|
   | **From the beginning of the fiscal year to filing date:** | From _____<br>MM / DD / YYYY | to    Filing date | _____ | $ _____ |
   | **For prior year:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |
   | **For the year before that:** | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $ _____ |

Debtor    Hometown Restoration, LLC _____    Case number (if known)_____
          Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Village of Scarsdale<br>Creditor's name | _____<br>_____<br>_____ | $ 10,341.98 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. | First Insurance<br>Creditor's name | _____<br>_____<br>_____ | $ 9,871.06 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |
| 4.2. | _____<br>Insider's name<br><br><br>Relationship to debtor<br>_____ | _____<br>_____<br>_____ | $_____ | |

Debtor    Hometown Restoration, LLC
_____    Case number (if known)_____
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | |
| | _____ Creditor's name | | _____ | $_____ |
| 5.2. | | | | |
| | _____ Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| JPMorgan Chase Bank NA Creditor's name Attn: Nicholas Poirier 925 Westchester Avenue 3rd Flr White Plains, NY 10604 | Drew down Debtor's account from approximately $30,000.00 to approximately ($700,000.00)  Last 4 digits of account number: XXXX– _____ | 02/01/2021 | $ 30,000.00 |

---

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Fire Ground Technologies, LLC and Lawrence Cohen, Individually v. Hometown Restoration, LLC and Thomas A. Keith, Individually | | Superior Court of New Jersey | ☑ Pending ☐ On appeal ☐ Concluded |
| | **Case number** L-2235-20 | | Law Division: Union County | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending ☐ On appeal ☐ Concluded |
| | **Case number** | | | |

| Debtor | Hometown Restoration, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| | | Name |
| | **Case number** | |
| | **Date of order or assignment** | |

---

**Part 4:** **Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Mamaroneck Fire Department | Charitable Donation | 03/11/2020 | $500.00 |
| Recipient's name | | | $0.00 |
| **Recipient's relationship to debtor** | | | |
| None - Charitable Contribution | | | |
| 9.2. Habitat for Humanity | Charitable Donation | 08/18/2020 | $2,100.00 |
| Recipient's name | | | $0.00 |
| **Recipient's relationship to debtor** | | | |
| None - Charitable Contribution | | | |

---

**Part 5:** **Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $_____ |

Debtor  Hometown Restoration, LLC
        _____     Case number (*if known*)_____
        Name

---

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Kirby Aisner & Curley LLP | | 12/2020 | $ 5,000.00 |
| | **Address** | | | |
| | 700 Post Road<br>Suite 237<br>Scarsdale, NY 10583 | | | |
| | **Email or website address**<br>www.kacllp.com | | | |
| | **Who made the payment, if not debtor?**<br>Thomas Keith's Spouse | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | Kirby Aisner & Curley LLP | | 03/2021 | $ 50,000.00 |
| | **Address**<br>700 Post Road<br>Suite 237<br>Scarsdale, NY 10583 | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | _____ | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Official Form 207     **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**     page 5

Debtor   Hometown Restoration, LLC
_____
Name

Case number (if known)_____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

| Debtor | Hometown Restoration, LLC | Case number (if known) |
|--------|---------------------------|------------------------|
|        | Name                      |                        |

| **Part 8:** | **Health Care Bankruptcies** |
|-------------|------------------------------|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | _____ |
| | | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept?<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| **Part 9:** | **Personally Identifiable Information** |
|-------------|------------------------------------------|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|--------------|--------------------------------------------|
| _____ | EIN: _____ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    Hometown Restoration, LLC _____    Case number (if known)_____
          Name

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| Address | | | |

Debtor   Hometown Restoration, LLC
         _____   Case number (if known)_____
         Name

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Thomas Keith (deceased)<br>_____<br>Name | 46 Lafayette Avneue<br>New Rochelle, NY 10801 | Misc. personal awards and kickknacks | $ 0.00 ____ |

| **Part 12:** | **Details About Environmental Information** |

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| _____ | | | ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____<br>Name | _____<br>Name | | _____ |

| Debtor | Hometown Restoration, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.2. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |
| 25.3. | _____<br>Name | | EIN: _____<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor   Hometown Restoration, LLC _____          Case number *(if known)*_____
          Name

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1.  Fred Haupt<br>Name<br>34 Ruth Drive, New City, New York 10956 | From 01/01/2020<br>To 01/01/2021 |

| Name and address | Dates of service |
|---|---|
| 26a.2. _____<br>Name | From _____<br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. _____<br>Name | From _____<br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. _____<br>Name | From _____<br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. _____<br>Name | |

Debtor ___Hometown Restoration, LLC_____    Case number (if known)_____
       Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. _____<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. _____<br>Name |

| Name and address |
|---|
| 26d.2. _____<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Rick Vaxquez | 03/01/2021 | $ Unknown |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. _____<br>Name<br>TBP |

Debtor    Hometown Restoration, LLC
_____    Case number (if known)_____
          Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records | | |
|---|---|---|
| 27.2. _____ <br> Name | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Estate of Thomas A. Keith (DOD: October 2020) | , | President | 100.00 |
| Nat Wasserstein | c/o Lindenwood Assoc. LLC 328 N. Broadway 2nd Flr, Nyack, NY 10960 | Chief Restructuring Offier | 0.00 |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Thomas Keith (deceased October 2020) | | | 01/01/2012 To 10/01/2020 |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Thomas Keith (deceased October 2020) <br> Name | 65,000.00 | _____ | Bi-weekly Salary |
| | | _____ | |
| | | _____ | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor   Hometown Restoration, LLC_____    Case number (if known)_____
         Name

| | Name and address of recipient | | |
|---|---|---|---|
| 30.2 | | _____ | _____ |
| | Name_____ | | _____ |
| | | | _____ |
| | | | _____ |
| | Relationship to debtor | | _____ |
| | _____ | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**
☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**
☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   04/15/2021_____
              MM  / DD  / YYYY

✖ /s/ Nat Wasserstein_____    Printed name  Nat Wasserstein_____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   Chief Restructuring Officer_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

Debtor Name     Hometown Restoration, LLC _____     Case number *(if known)*_____

## <u>Continuation Sheet for Official Form 207</u>

**3) Certain payments or transfers to creditors within 90 days before filing this case**

**Hallahan McGuinness &**     **$31,880.00**
**Lorys, LTD,**

**9) Certain Gifts and Charitable Contributions**

| **Biden**     **,** | **Date Given:** | **$1,000.00** | **Date Given** | **$0.00** |
| **Victory** | 09/22/2020 | | 2: | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name    Hometown Restoration, LLC

United States Bankruptcy Court for the:    Southern District of New York

Case number (*If known*):  _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    04/15/2021        ✖ /s/ Nat Wasserstein
_____          _____
MM / DD / YYYY                Signature of individual signing on behalf of debtor

Nat Wasserstein
_____
Printed name

Chief Restructuring Officer
_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**United States Bankruptcy Court**

**IN RE:**

Hometown Restoration, LLC

Case No._____

Chapter _____11_____

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| The Estate of Thomas A. Keith (DOD: October 2020) , | 100.00 | Common stockholder |
| Nat Wasserstein c/o Lindenwood Assoc. LLC 328 N. Broadway 2nd Flr, Nyack, NY 10960 | 0.00 | |

United States Bankruptcy Court

Southern District of New York

In re:  Hometown Restoration, LLC

Case No.

Chapter    11

Debtor(s)

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: _____04/15/2021_____

/s/ Nat Wasserstein
_____
Signature of Individual signing on behalf of debtor

Chief Restructuring Officer
_____
Position or relationship to debtor

Air Freeze Corp
PO Box 612
Stony Point, NY 10980

All County Electric & Intergrated Sys Inc
219 Wolfs Lane
Pelham, NY 10803

American Express 31002 Plum
PO Box 1270
Newark, NJ 10803

American Express 63007
PO Box 1270
Newark, NJ 10803

Andrew Fethes Architects, PA
Andrew Fethes
613 Oradell Avenue
Oradell, NJ 07446

AVP Business Products, Inc
2717 Route 22
Patterson, NY 12563

B&G General Construction Inc.
Alan Moreno
75 Wayne Avenue
Suffern, NY 10901

Barbara Hawkesworth, Esq.
Summit Financial
4 Campus Drive
Parsippany, NJ 07054

Brian Madden
4 Oriole Lane
Cortlandt Manor, NY 10567

Brian Weidel
174 W Washington Ave
Pearl River, NY 10965

Brian Weidel
174 W. Washington Avenue
Pearl River, NY 10965

Cardmember Service
PO Box 1423
Charlotte, NC 28201

Chase  Bank, NA
35 Fifth Avenue
Pelham, NY 10803

Christopher Tramaglini, Esq.
Grossbach Grossbach Tramaglini & Hayes P
6 International Drive, Suite 130
Port Chester, NY 10573

Citi Cards   2283
PO Box 9001016
Louisville, KY 40290

Closet Factory
100 Wooster Street
Bethel, CT 06801

Con Edison 0571-0106-9
JAF Station
P.O. Box 1702
New York, NY 10276

Craig McGlinchey Plumbing & Heating LLC
PO Box 759
Harrison, NY 10528

Deborah Loewenberg, Esq.
Gribetz & Loewenberg, PLLC
155 N Main Street
New City, NY 10956

Energy Evolution Inc
PO Box 179
Pomona, NY 10970

ESA- Architects
Michael Elkin
19 Park Avenue
Rutherford, NJ 07070

Fire Ground Technologies LLC
c/o Lawrence Cohen
17 Bayard Lane S
Suffern, NY 10901

Fred Jochim
3 Berachach Avenue
Nyack, NY 10960

Fred Jochim
3 Berachach Avenue
South Nyack, NY 10960

Hartmann Doherty Rosa Berman & Bulbulia
433 Hackensack Ave Suite 1002
attn: Matthew Reynolds, Esq.
Hackensack, NJ 07601

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

J. Suspes Carpentry, LLC
43 S Woodside Ave Fl 1
Bergenfield, NJ 07621

Jean & Nestor Serrano
3 Glynn Oval
Blauvelt, NY 10913

John & Nellie Donnelly
337 Holt Drive
Pearl River, NY 10965

John & Yvonne Blanco
c/o Helen Gavaris, Esq., Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

John & Yvonne Blanco
1337 Roosevelt Avenue
Pelham, NY 10803

Joseph V. Meyers, Esq.
249 Madison Avenue
River Edge, NJ 07661

JPMorgan Chase Bank NA
Attn: Nicholas Poirier
925 Westchester Avenue 3rd Flr
White Plains, NY 10604

Lisa Dane
3 Chippewa Court
Suffern, NY 10901

Lisa Elvin
125 Allentown Road
Parsippany, NJ 07054

Lovell Safety Management Co. LLC
Attn: Accounting Department
110 William Street 12th Floor
New York, NY 10038

Mauricio Latronico
125 Cottage Ave
Mount Vernon, NY 10550

Mauricio Letronico
125 Cottage Ave
Mount Vernon, NY 10550

Michael Ardizzone
26 School Street
Ramsey, NJ 07446

Mitchell Martinez and Shana Lory
166 Cedar Hill Avenue
Nyack, NY 10960

Mountainview Condos
19 Sierra Vista Lane
Valley Cottage, NY 10989

Moutainview East II
c/o Robert S. Knoebel Jr. PLLC
135 Main Street, Ste 201
Nyack, NY 10960

Nestor & Jean Serrano
3 Glynn Oval
Blauvelt, NY 10913

New York State Insurance Fund
Workers' Compensation
PO Box 5238
New York, NY 10008

NYC Corporation Counsel
100 Church Street, RM 5-240
Attn: Bankruptcy Dept.
New York, NY 10007

NYC Dept. of Finance
345 Adams Street, 3rd Floor
Brooklyn, NY 11201

NYS Dept. Taxation & Finance
Bankruptcy/ Special Procedures Section
P.O. Box 5300
Albany, NY 12205-0300

P.S.A.L. Realty Corp.
43 Beechwood Avenue
New Rochelle, NY 10801

Professional Fuel Oil Corp
269 Union Ave
New Rochelle, NY 10801

PSAL Realty Corp
43 Beechwood Avenue
New Rochelle, NY 10801

Ralph and Rubin Caparelli
c/o Michael Annuziata
35 E. Grassy Sprain Road, Ste 500
Yonkers, NY 10710

Rebecca Pitts
5 Chippewa Court
Suffern, NY 10901

Rockland Fire Protection
53 East Main St
Stony Point, Ny 10980

Sean R. Stowell, Esq.
Seller Richardson PC
293 Eisenhower Parkway, Suite 350
Livingston, NJ 07039

Sherika Springer
139 W. Kingsbridge Road
Mount Vernon, NY 10550

TD Auto Finance
PO Box 9223
Farmington, MI 48333

Tous 515, Inc
3-12 148th Street
Whitestone, NY 11357

UHS Premium Billing
PO Box 94017
Palatine, IL 60094

Verizon Wireless  5485-00001
PO Box 408
Newark, NJ 07101

Victor Zucchi & Son, Inc.
Ed Zucchi
129 East Main
Bogota, NJ 07603

Window & Door Outlet LLC
Alex Wollman
60 S. Main Street #9
New City, NY 10956

# United States Bankruptcy Court
# Southern District of New York

In re: <u>Hometown Restoration, LLC</u>                                    Case No. <u>21-</u>

                                        Debtor(s)                Chapter  <u>11</u>


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedures 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Hometown Restoration, LLC</u> in the above captioned action, certifies that the following is (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:


☒  None [*check if applicable*]


Dated: April 15, 2021                    <u>*/s/ Dawn Kirby*</u>
                                        Dawn Kirby
                                        Signature of Attorney or Litigant
                                        Counsel for <u>Hometown Restoration, LLC</u>
                                        Kirby Aisner & Curley LLP
                                        700 Post Road, Suite 237
                                        Scarsdale, New York 10583
                                        (914) 401-9500

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
 ------------------------------------------------------------------ X
In re:

HOMETOWN RESTORATION, LLC

                                                          Chapter 11
                                                          Case No.: 21-

 ------------------------------------------------------------------ X

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

        I, Nat Wasserstein, declare under penalty of perjury that I am the Chief Restructuring Officer of Hometown Restoration, LLC (the "Company"), and that the following is a true and correct copy of the resolutions adopted by the Board of Managers of said Company, at a special meeting duly called and held on April 15, 2021.

        "Whereas, it is in the best interest of the Company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

        Be It Therefore Resolved, that Nat Wasserstein, Chief Restructuring Officer, of Hometown Restoration, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

        Be It Further Resolved, that Nat Wasserstein, Chief Restructuring Officer, of Hometown Restoration, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of tthe Company in connection with such bankruptcy case, and

        Be It Further Resolved, that Nat Wasserstein, Chief Restructuring Officer, of this Company is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company in such bankruptcy case."

Dated: Nyack, New York                  Hometown Restoration, LLC
        April 15, 2021


                                        By: _/s/ Nat Wasserstein_____
                                        Nat Wasserstein, Chief Restructuring Officer

### Resolution of Board of Managers
### of
### Hometown Restoration, LLC


Whereas, it is in the best interest of Hometown Restoration, LLC (the "Company") to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved that Nat Wasserstein, Chief Restructuring Officer, of Hometown Restoration, LLC, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the Company; and

Be It Further Resolved that Nat Wasserstein, Chief Restructuring Officer, of Hometown Restoration, LLC, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case, and

Be It Further Resolved that Nat Wasserstein, Chief Restructuring Officer, of Hometown Restoration, LLC, is authorized and directed to employ Kirby Aisner & Curley LLP to represent the Company, in such bankruptcy case.


Dated: Nyack, New York
　　　　April 15, 2021

                                        /s/ Nat Wasserstein
                                        _____
                                        Nat Wasserstein, Chief Restructuring Officer

# United States Bankruptcy Court

Southern District of New York

**In re** Hometown Restoration, LLC

Case No. _____

**Debtor**

Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

☐ FLAT FEE

For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

Prior to the filing of this statement I have received. . . . . . . . . . . . . . . . . . . . . . . . $_____

Balance Due. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____

☑ RETAINER

For legal services, I have agreed to accept a retainer of . . . . . . . . . . . . . . . . . . . . $ 50,000.00_____

The undersigned shall bill against the retainer at an hourly rate of . . . . . . . . . . $ 525.00_____

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the Agreement, together with a list of the names of the people sharing the compensation is attached.

5. In return of the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

d.    [Other provisions as needed]

The professional services Kirby Aisner & Curley LLP will render to the Debtor include the following:

a. To give advice to the Debtor with respect to its powers and duties as Debtor in Possession and the continued management of its property and affairs.

b. To negotiate with creditors of the Debtor and work out a plan of reorganization and take the necessary legal steps in order to effectuate such a plan including, if need be, negotiations with the creditors and other parties in interest.

c. To prepare the necessary answers, orders, reports and other legal papers required for the Debtor?s protection from its creditors under Chapter 11 of the Bankruptcy Code.

d. To appear before the Bankruptcy Court to protect the interest of the Debtor and to represent the Debtor in all matters pending before the Court.

e. To attend meetings and negotiate with representatives of creditors and other parties in interest.

f. To advise the Debtor in connection with any potential sale of the business.

g. To represent the Debtor in connection with obtaining post-petition financing, if necessary.

h. To take any necessary action to obtain approval of a disclosure statement and confirmation of a plan of reorganization.

i. To perform all other legal services for the Debtor which may be necessary for the preservation of the Debtor?s estate and to promote the best interests of the Debtor, its creditors and its estate.

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

 Representation in an Adversary Proceeding, subject to further agreement with the Debtor.

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

04/15/2021

*Date*

/s/ Dawn Kirby, 2733004

*Signature of Attorney*

Kirby Aisner & Curley LLP

*Name of law firm*

700 Post Road
Suite 237
Scarsdale, NY 10583
(914) 401-9500
dkirby@kacllp.com